**Order entered November 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00050-CV

### WINSTEAD PC, Appellant

### V.

### DEWEY M. MOORE, JR., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15858**

### ORDER
**Before Justices Schenck, Smith, and Garcia**

We **REQUEST** that appellant file a response to Appellee's Emergency Motion to Lift Stay to Preserve Testimony of Petitioner on or before **December 5, 2022**.

/s/    DENNISE GARCIA
JUSTICE